

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00104-CR

**WILLIAM C. WEBB,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2012-675-C2 & 2012-678-C2

## MEMORANDUM OPINION

William C. Webb's pro se appeal of the trial court's denial of his motion for recusal is dismissed for lack of jurisdiction. *See Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) (stating that standard for determining appellate jurisdiction in criminal case is not whether appeal is precluded by law, but whether appeal is authorized by law); *Ahmad v. State*, 158 S.W.3d 525, 526 (Tex. App.—Fort Worth 2004, pet. ref'd) ("The courts of appeals do not have jurisdiction to review interlocutory

orders unless that jurisdiction has been expressly granted by law.") (quoting *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991)).


                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed April 11, 2013
Do not publish
[CR25]